UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                  Case No. 8:19-bk-02721-MGW
                                                                        Chapter 7
Terry Lee Scott and
Tracy Lynn Scott,

           Debtor(s).
_____/

**MOTION TO SELL REAL PROPERTY**
**SUBJECT TO ALL ENCUMBRANCES, LIENS**
**AND INTERESTS AND SOLICITATION OF GREATER OFFERS**
**AND FOR AUTHORITY TO IMMEDIATELY PAY THE APPLICABLE TAXES**
**(27170 HAWK'S NEST CIRCLE, WESLEY CHAPEL, FL 33544)**

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> **Pursuant to local rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party-in-interest files a response within 21 days from the date set forth on the proof of service, plus an additional three days for service if any party was served by U.S. mail.**
>
> **If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at Sam M. Gibbons Courthouse, 801 N. Florida Ave., #555, Tampa, FL 33602-3899, and serve a copy on the Trustee, Christine L. Herendeen, at P.O. Box 152348, Tampa, FL 33684, and any other appropriate person(s) within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**
>
> **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

COMES NOW Christine L. Herendeen, Chapter 7 Trustee, by and through her undersigned counsel, and hereby moves for authority to sell certain improved real property subject to all liens, encumbrances and interests, and for authority to immediately pay the applicable taxes, and in support thereof states as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b) (2) (A), (M), (N) and (O).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief requested herein are, *inter alia*, 11 U.S.C. §§ 105, 363(b) and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## PROPOSED SALE TERMS

4. Christine L. Herendeen, the Trustee duly appointed and acting for the above-captioned estate reports that the Trustee intends to sell the following property of the estate of the Debtor(s) under the following terms and conditions, twenty-one (21) days from the date set forth on the proof of service attached to this motion plus an additional three (3) days:

    a. Description of Property: All of Bankruptcy Estate's right, title and interest in the parcel(s) of non-exempt real property, together with any and all improvements located thereon, including any and all non-exempt appliances, window treatments and fixtures as well as any and all tenements and appurtenances thereto belonging or in anywise appertaining (collectively, the "Property") more particularly described as follows:

Address:     27170 Hawks Nest Circle, Wesley Chapel, FL 3354

Legal:     LOT 17, BLOCK 5, QUAIL WOODS PHASE 2, A SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 68, PAGE 28, IN THE UBLIC RECORDS OF PASCO COUNTY, FLORIDA.

    b. Manner of Sale: Private

    c. Terms of Sale: Wire or Certified Funds Only

    d. Purchaser: Black Point Assets, Inc., as Trustee of the 27170 Hawks Nest Circle Land Trust

    The proposed Buyer is a bona fide "good faith" purchaser within the meaning of 11. U.S.C. § 363(m) with no relation to the Debtor or the Trustee.

    d.   <u>Purchaser's Address</u>: 13014 N. Dale Mabry Hwy., #357, Tampa, Florida 33618

    e.   <u>Sale Price</u>: $10,000.00, subject to the auction procedures described in Paragraph 5 below.

Based upon the liens and encumbrances listed herein and obtained from the Debtor(s) schedules, the Trustee believes the offer is fair and reasonable and that the sale is in the best interest of creditors and the estate.

    f.   <u>Applicable Taxes and Government Charges</u>: The Trustee's Deed prepared in connection with the sale will set forth as consideration the purchase price, together with the total amount of liens and encumbrances listed in paragraph h. below. Therefore, the Purchaser will be required to pay, and agrees to pay, the Florida documentary stamp tax calculated pursuant to Fla. Stat. § 201.02 on the total consideration reflected in the Trustee's Deed. In the event there are no higher bidders, the documentary stamp taxes to be paid on the proposed sale will be **$2,817.50** ($369,813.00 1st mortgage + $22,615.00 2nd mortgage + $10,000.00 sales price = total consideration of $402,428.00, rounded up to the next one hundred dollars = $402,500.00; payment @ .70 per $1,000.00); however, this amount is subject to increase in the event of a higher bid and a higher purchase price.

Upon expiration of the negative notice period outlined herein, the Trustee shall collect from the Purchaser an amount equal to the Sale Price, together with the Applicable Taxes and Government Charges, calculated as set forth above. Upon receipt of funds, the Trustee shall immediately:

1) Execute a Trustee's Deed and properly record an original copy of the executed Deed with the Clerk of the Court for the County where the Property is located.
2) Incident to recording the Trustee's Deed, the Trustee shall pay all applicable taxes (i.e., documentary stamp taxes) in full.
3) Upon return receipt of the Trustee's Deed from the Clerk of Court, the original shall be delivered by the Trustee, or her Attorney, to the Purchaser via U.S. Mail and a copy of the same shall be filed with the Clerk of the Court for the Middle District of Florida, Bankruptcy Court.

    h.   <u>Ownership Interest to be Transferred</u>: All right, title and interest of bankruptcy estate, if any.

    i.   <u>Subject to all liens and encumbrances, if any</u>. No warranties of no liens. No warranties of any kind. Liens included on the Debtor's Schedule D include:

| <u>Lienholder</u> | <u>Amount</u> | <u>Nature of Secured Interest</u> |
|---|---|---|
| LoanCare LLC<br>Consumer Solutions Dept<br>P.O. Box 8068<br>Virginia Beach, VA 23450 | $369,813.00 * | Mortgage* |

      GTE Financial Xpress            $22,615.00     Mortgage*
      711 E Henderson Ave
      Tampa, FL 33602

*As per the Debtor(s) bankruptcy schedules

## **SOLICITATION OF GREATER OFFERS**

5.     The Trustee will entertain any higher bids for the purchase of the Property that the Trustee proposes to sell. Such bids must be in writing and must be accompanied by a deposit for 100% of the proposed higher purchase price. Such bids must be received by the Trustee electronically at clherendeen@herendeenlaw.com, and by US Mail at the address listed below, no later than the close of business twenty-one (21) days from the date of mailing of this Motion, as indicated in the Certificate of Service. Should a higher bid be received, the Trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time after the said twenty one (21) days to determine the ultimate purchaser. The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the twenty one (21) day objection period and/or a favorable disposition of any objections to the sale.

6.     The Trustee requests authorization for the secured lienholders and the ultimate Purchaser to communicate regarding the future disposition of the Property, including but not limited to, communications in connection with any unsatisfied liens or encumbrances of record.

7.     Finally, the Trustee requests that any Order approving the sale include a provision that shortens the fourteen day stay period required pursuant to Rule 6004(h) to allow the closing to occur immediately upon entry of the order granting the instant motion.

WHEREFORE, the Trustee requests this Court to enter an order on the following terms:

A.  Authorizing the sale of the Property to the ultimate purchaser subject to all liens, encumbrances, or interests of any party and authorizing payment of applicable taxes;

B.  Authorizing the Trustee to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale, including, executing a deed conveying the interests of the Debtor(s) in the Property to the Purchaser;

C.  Authorizing the Trustee to immediately pay the Applicable Taxes,

D.  Waiving the Rule 6004(h) stay period, and

E.  Granting the Trustee such other and further relief as is just and proper.

> Herendeen Law, LLC
> Attorney for Trustee
> P.O. Box 152348
> Tampa, FL 33684
> (813) 438-3833
> clherendeen@herendeenlaw.com
>
> By: /s/ Christine L. Herendeen
>     Christine L. Herendeen
>     Florida Bar No. 0094315

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                  Case No. 8:19-bk-02721-MGW
                                                                        Chapter 7
Terry Lee Scott and
Tracy Lynn Scott,
_____/

## CERTIFICATE OF SERVICE

I CERTIFY that on April 26, 2019, a true and correct copy of the foregoing Motion to Sell Real Property Subject to All Encumbrances, Liens and Interests, Solicitation of Greater Offers and for Authority to Immediately Pay the Applicable Taxes has been provided electronically or by U. S. mail to the parties listed below and on the attached matrix.

Department of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668

Department of Revenue, Attn. Gordon L. Kiester, Esq., P.O. Box 2299, Mango, FL 33550-2299

LoanCare LLC, Consumer Solutions Dept, P.O. Box 8068, Virginia Beach, VA 23450

GTE Financial Xpress, 711 E. Henderson Ave., Tampa, FL 23450

                                         Herendeen Law, LLC
                                         Attorney for Trustee
                                         P.O. Box 152348
                                         Tampa, FL  33684
                                         (813) 438-3833
                                         clherendeen@herendeenlaw.com

                                         By: /s/ Christine L. Herendeen
                                               Christine L. Herendeen
                                               Florida Bar No. 0094315

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:  TERRY LEE SCOTT<br>         TRACY LYNN SCOTT | CASE NO: 8:19-bk-02721-MGW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 4/26/2019, I did cause a copy of the following documents, described below,

Motion to Sell Property Subject to All Encumbrances, Liens and Interests and Solicitation of Greater Offers and for Authority to Immediately Pay the Applicable Taxes (27170 Hawk's Nest Circle, Wesley Chapel, FL 33544)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/26/2019

/s/ Christine L. Herendeen
Christine L. Herendeen
Herendeen Law, LLC
P.P. Box 152348
Tampa, FL  33684
813 438 3833

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: TERRY LEE SCOTT<br>TRACY LYNN SCOTT | CASE NO: 8:19-bk-02721-MGW<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 4/26/2019, a copy of the following documents, described below,

Motion to Sell Property Subject to All Encumbrances, Liens and Interests and Solicitation of Greater Offers and for Authority to Immediately Pay the Applicable Taxes (27170 Hawk's Nest Circle, Wesley Chapel, FL 33544)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/26/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christine L. Herendeen
Herendeen Law, LLC
P.P. Box 152348
Tampa, FL  33684

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | TRACY LYNN SCOTT |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING | TERRY LEE SCOTT | 27170 HAWKS NEST CIRCLE |
| 113A8 | 27170 HAWKS NEST CIRCLE | WESLEY CHAPEL FL 33544-3412 |
| CASE 8-19-BK-02721-MGW | WESLEY CHAPEL FL 33544-3412 | |
| MIDDLE DISTRICT OF FLORIDA | | |
| TAMPA | | |
| FRI APR 26 11-41-34 EDT 2019 | | |

ACCOUNT CONTROL TECHNOLOGY
P O BOX 8012
CANOGA PARK CA 91309-8012

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981540
EL PASO TX 79998-1540

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BARCLAYS BANK DELAWARE
ATTN CORRESPONDENCE
PO BOX 8801
WILMINGTON DE 19899-8801

BAYCARE HEALTH SYSTEM
PO BOX 31696
TAMPA FL 33631-3696

BRAND SOURCECITI CBNA
ATTN BANKRUPTCY
PO BOX 6403
SIOUX FALLS SD 57117-6403

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15298
WILMINGTON DE 19850-5298

CITIBANKBEST BUY
ATTN BANKRUPTCY
PO BOX 790441
ST LOUIS MO 63179-0441

CITIBANKTHE HOME DEPOT
ATTN RECOVERYCENTRALIZED BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

CLIENT SERVICES
3451 S TRUMAN BLVD
SAINT CHARLES MO 63301

COMENITY BANKVICTORIA SECRET
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

CORDELL  CORDELL
100 N TAMPA ST
1625
TAMPA FL 33602-5992

DELL FINANCIAL SERVICES LLC
PO BOX 81607
AUSTIN TX 78708-1607

EMERGENCY MEDICAL ASSOC
PO BOX 9790
DAYTONA BEACH FL 32120-9790

FLORIDA MEDICAL CLINIC PA
38135 MARKET SQ
ZEPHYRHILLS FL 33542-7539

FLORIDA UROLOGY PARTNERS
PO BOX 26026
TAMPA FL 33623-6026

GTE FINANCIAL
ATTN BANKRUPTCY
PO BOX 172599
TAMPA FL 33672-0599

GTE FINANCIAL DBA GTE FEDERAL CU
711 E HENDERSEN
TAMPA FL 33602-2509

GTE FEDERAL CREDIT U
711 E HENDERSEN
TAMPA FL 33602-2509

GTE FINANCIAL XPRESS
711 E HENDERSON AVE
TAMPA FL 33602-2509

GULF COAST COLLECTION
PO BOX 21239
SARASOTA FL 34276-4239

HELVEY  ASSOCIATES
1029 EAST CENTER ST
WARSAW IN 46580-3420

HYUNDAI MOTOR FINANCE
ATTN BANKRUPTCY
PO BOX 20829
FOUNTAIN CITY CA 92728-0829

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


KOHLSCAPITAL ONE                    LAWN LIFE LANDSCAPING SVC           LOANCARE LLC
N56 W 17000 RIDGEWOOD DR            8532 OLIVER ROAD                    CONSUMER SOLUTIONS DEPT
MENOMONEE FALLS WI 53051-5660       ZEPHYRHILLS FL 33540-5463           PO BOX 8068
                                                                        VIRGINIA BEACH VA 23450-8068




MEMORIAL HOSPITAL OF TAMPA          MINUTECLINIC DIAGNOSTIC             NPAS INC
PO BOX 740743                       ATTN 8445Y                          PO BOX 99400
CINCINNATI OH 45274-0743            PO BOX 14000                        LOUISVILLE KY 40269-0400
                                    BELFAST ME 04915-4033




NATIONWIDE CREDIT INC               NEW TAMPA UROLOGY                   NORTH TAMPA BEHAVIORAL HEALT
PO BOX 14581                        5332 PRIMROSE LAKE CIRCLE           29910 SR 56
DES MOINES IA 50306-3581            TAMPA FL 33647-3589                 WESLEY CHAPEL FL 33543




PREMIER HEART  VASCULAR             QUAILWOODS HOMEOWNERS ASSOC         QUICKEN LOANS
P O BOX 2709                        CO HOMERIVER GROUP                  662 WOODWARD AVENUE
ZEPHYRHILLS FL 33539-2709           12906 TAMPA OAKS BLVD               DETROIT MI 48226-3433
                                    STE 100
                                    TAMPA FL 33637-1154




READY REFRESH                       SAGIS PATHOLOGY                     SHERLOQ FINANCIAL
215                                 4131 DIRECTORS PKWY                 PO BOX 2842
6661 DIXIE HWY SUITE 4              HOUSTON TX 77092-8703               TAMPA FL 33601-2842
LOUISVILLE KY 40258-3950




SUNRISE CREDIT SERVICES             SYNCBROOMS TO GO                    SYNCBHHGREG
PO BOX 9100                         ATTN BANKRUPTCY                     ATTN BANKRUPTCY
FARMINGDALE NY 11735-9100           PO BOX 965060                       PO BOX 965060
                                    ORLANDO FL 32896-5060               ORLANDO FL 32896-5060




SYNCHRONY BANK JC PENNEYS           SYNCHRONY BANKCARE CREDIT           SYNCHRONY BANKDISCOUNT TIRE
ATTN BANKRUPTCY                     ATTN BANKRUPTCY DEPT                ATTN BANKRUPTCY
PO BOX 956060                       PO BOX 965060                       PO BOX 105972
ORLANDO FL 32896-0001               ORLANDO FL 32896-5060               ATLANTA GA 30348-5972




SYNCHRONY BANKLOWES                 SYNCHRONY BANKWALMART               TARGET
ATTN BANKRUPTCY                     PO BOX 965024                       PO BOX 673
PO BOX 965060                       ORLANDO FL 32896-5024               MINNEAPOLIS MN 55440-0673
ORLANDO FL 32896-5060




TNB VISA TV  TARGET                 TRANSWORLDSSYSTEMS                  USAA FEDERAL SAVINGS BANK
CO FINANCIAL  RETAIL SERVICES       PO BOX 15636                        ATTN BANKRUPTCY
MAILSTOP BV PO BOX 9475             WILMINGTON DE 19850-5636            10750 MCDERMOTT FREEWAY
MINNEAPOLIS MN 55440-9475                                               SAN ANTONIO TX 78288-1600
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| VANGUARD EMERGENCY PHYS<br>PO BOX 38036<br>PHILADELPHIA PA 19101-0801 | WAYPOINT RESOURCE GROUP<br>POBOX 8588<br>ROUND ROCK TX 78683-8588 | CM/ECF E-SERVICE<br>UNITED STATES TRUSTEE   TPA713 +<br>TIMBERLAKE ANNEX SUITE 1200<br>501 E POLK STREET<br>TAMPA FL 33602-3949 |
| CM/ECF E-SERVICE<br>ALAN D BORDEN +<br>DEBT RELIEF LEGAL GROUP LLC<br>901 W HILLSBOROUGH AVENUE<br>TAMPA FL 33603-1309 | ~~EXCLUDE~~<br>~~CHRISTINE L HERENDEEN ATTORNEY FOR TRUSTEE~~<br>~~PO BOX 152340~~<br>~~TAMPA FL 33684-2340~~ | ~~EXCLUDE~~<br>~~CHRISTINE L HERENDEEN +~~<br>~~PO BOX 152340~~<br>~~TAMPA FL 33684-2340~~ |
| CM/ECF E-SERVICE<br>LESLIE RUSHING +<br>QUINTAIROS PRIETO WOOD  BOYER PA<br>1475 CENTERPARK BLVD SUITE 130<br>WEST PALM BEACH FL 33401-7424 | CM/ECF E-SERVICE<br>NOTE   ENTRIES WITH A + AT THE END OF THE<br>NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF | |