ORDERED.

Dated:  June 13, 2019

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No. 8:19-bk-02721-MGW
                                                                                           Chapter 7
Terry Lee Scott
Tracy Lynn Scott,

         Debtor(s).
_____/

**AGREED ORDER GRANTING MOTION TO SELL
REAL PROPERTY SUBJECT TO ALL ENCUMBRANCES,
LIENS AND INTERESTS, AND SOLICITATION OF GREATER OFFERS
AND FOR AUTHORITY TO IMMEDIATELY PAY THE APPLICABLE TAXES
(27170 HAWK'S NEST CIRCLE, WESLEY CHAPEL, FL 33544)**

THIS CASE came on for consideration without a hearing upon the Motion to Sell Real Property Subject to All Encumbrances, Liens and Interests and Solicitation of Greater Offers and for Authority to Immediately Pay the Applicable Taxes filed by Christine L. Herendeen, Chapter 7 Trustee in the above-captioned Chapter 7 Case (Doc. No.15, the "**Motion**") and First Federal Bank's Response to Trustee's Motion to Sell Property (Doc No. 18, the "**Response**").  By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. The Court has considered the Motion, together with the record, and is satisfied that the Motion is well taken and should be granted. Accordingly, it is

**ORDERED**:

1. The Motion is granted.

2. The notice of the Motion is approved as proper and adequate under the circumstances.

3. The Trustee is authorized to sell the real property located at:

LOT 17, BLOCK 5, QUAIL WOODS PHASE 2, A SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 68, PAGE 28, IN THE UBLIC RECORDS OF PASCO COUNTY, FLORIDA.

more commonly known as, 27170 Hawks Nest Circle, Wesley Chapel, FL 33544 (the "**Real Property**") subject to all liens, encumbrances or interests of any party and in accordance with the terms provided for in the Motion.

4. The Trustee is authorized to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale, including, executing a deed conveying the interests of the Debtor(s) in the Real Property to the ultimate purchaser, within ninety (90) days of the date of this Order.

5. If the Real Property is not sold within ninety (90) days of the date of this Order, the Trustee agrees to abandon the property by executing a Notice of Abandonment or filing a Report of No Distribution; however, the Trustee may file a motion requesting an extension of time if there is an offer and the closing has not occurred.

6. The ultimate purchaser is authorized to communicate with any and all secured lienholders regarding the future disposition of the Property, and to that end, any unsatisfied liens or encumbrances of record.

7. The Trustee is authorized to immediately pay the Applicable Taxes incident to recording the Trustee's Deed, as described in the Motion.

8. The Rule 6004(h) stay period is waived and this Order shall be effective and enforceable immediately upon entry.

Attorney Christine L. Herendeen is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.